

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. P., A MINOR CHILD, | § | No. 08-16-00277-CV |
| | § | Appeal from the |
| Appellant. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM2102) |
| | § | |

**O R D E R**

The Court has this day filed M. M.'s motion challenging the trial court's order requiring M. M. to pay costs under Rule 145 of the Texas Rules of Civil Procedure. *See* TEX.R.APP.P. 145(f), (g)(1). Therefore, it is ORDERED that the trial court clerk and court reporter of the 388th District Court prepare and file with this Court the record of all trial court proceedings on the declarant's claim of indigence. *See* TEX.R.APP.P. 145(g)(3). The record must be provided without charge and filed with this Court on or before October 20, 2016. Any response to said motion challenging the ruling by the trial court is due on or before October 30, 2016.

IT IS SO ORDERED this 7th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.